| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br><br>The MBEH Group LLC | Case No.: | 26-19187 |
| | Chapter: | 11 |
| | Judge: | Poslusny |

AMENDED

**NOTICE OF CHAPTER 11 STATUS CONFERENCE**

The within matter has been filed as a Chapter 11 case. Pursuant to 11 U.S.C. § 105(d), the Court will hold a status conference on November 5, 2026 at 10:00am at 400 Cooper Street Camden, NJ 08101 in Courtroom 4C before the Honorable Jerrold N. Poslusny, Jr..

**ATTENDANCE BY THE DEBTOR IS REQUIRED**
**AND INTERESTED PARTIES ARE ENCOURAGED TO ATTEND.**

The purpose of this status conference is to promote the efficient administration of the case. At the status conference, counsel for the debtor shall be prepared to discuss matters relating to the debtor's business, its financial affairs and anticipated issues in the case. If applicable, the debtor and other interested parties should be prepared to address the following:

1. the debtor's capital structure (secured and unsecured debt, tax claims, unliquidated claims, etc.);
2. the debtor's post-petition operations and sources of revenue including use of cash collateral and/or debtor in possession financing;
3. significant motions or litigation anticipated by the debtor or other parties;
4. whether the use of the Court's mediation program will assist in the resolution of disputed matters;
5. projected Chapter 11 administrative expenses (ordinary course and professionals) and how they will be satisfied;

6. proof of claim bar dates;
7. anticipated date to file Chapter 11 Plan;
8. compliance with Chapter 11 administrative duties – monthly operating reports, retention of professionals, insurance, payment of U.S. Trustee fees, DIP bank accounts, etc.;
9. the scheduling of future status conferences; and
10. other matters unique to the case.

Date: August 26, 2026

JEANNE A. NAUGHTON, Clerk

BY: /s/ Kathleen V. Ryan

*new.6/9/17*